# Court of Appeals
# of the State of Georgia

ATLANTA, October 24, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0400. DELL RICE v. LATONYA RICE.**

On July 23, 2012, the trial court entered an order on Latonya Rice's complaint to modify custody of the parties' minor children. On August 23, 2012, Dell Rice filed a notice of appeal to this Court. OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Dell Rice filed his notice of appeal 31 days after the trial court entered its order, this appeal is untimely. Accordingly, it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/24/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*